USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 6-26-20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

AGRI EXOTIC TRADING, INC.,

                       Plaintiff,

            v.

CLINTON HALL HOLDINGS, LLC,
DREAMY BURGERS AND BEER 51,
LLC, GREAT BEER, FOOD AND GAMES,
LLC, SWEET 36 HOSPITALITY, LLC,
T.B. FULTON 2, LLC, AND ARISTOTLE
G. HATZIGEORGIOU,

                       Defendants.

20-CV-4804 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

    This case has been assigned to me for all purposes. It is hereby:

    ORDERED that Plaintiff shall notify the Court within five (5) days of effecting service on all Defendants. Plaintiff shall also file affidavits on ECF certifying that such service has been effectuated.

SO ORDERED.

Dated:    June 26, 2020
            New York, New York

                                         Ronnie Abrams
                                         United States District Judge