```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 8-25-20
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AGRI EXOTIC TRADING, INC.,

                Plaintiff,

v.

CLINTON HALL HOLDINGS, LLC,
DREAMY BURGERS AND BEER 51, LLC,
GREAT BEER, FOOD AND GAMES, LLC,
SWEET 36 HOSPITALITY, LLC, T.B.
FULTON 2, LLC, AND ARISTOTLE G.
HATZIGEORGIOU,

                Defendants.

20-CV-4804 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

       This action was filed on June 23, 2020. On June 26, 2020, the Court ordered Plaintiff to notify it within five days of effecting service on all Defendants, and to file affidavits on the docket certifying that such service had been effectuated. Dkt. 16. Although Plaintiff filed affidavits of service on July 1st and July 31st, it has not notified the Court of whether it has served all Defendants in this case. On August 24, 2020, however, Plaintiff filed a proposed clerk's certificate of default as to all six Defendants, Dkt. 25, and the Clerk of Court issued a Certificate of Default as to these Defendants that same day, Dkt. 27. No later than August 31, 2020, Plaintiff shall file a letter updating the Court as to the status of this case, including how and when it served each Defendant. Plaintiff shall provide a copy of this Order to Defendants and file proof of service on the docket.

SO ORDERED.

Dated:    August 25, 2020
            New York, New York

                                                  Ronnie Abrams
                                                  United States District Judge