| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | USDC-SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC#:<br>DATE FILED: 9-14-20 |

AGRI EXOTIC TRADING, INC.,

                Plaintiff,

      v.

CLINTON HALL HOLDINGS, LLC, DREAMY BURGERS AND BEER 51, LLC, GREAT BEER, FOOD AND GAMES, LLC, SWEET 36 HOSPITALITY, LLC, T.B. FULTON 2, LLC, AND ARISTOTLE G. HATZIGEORGIOU,

                Defendants.

20-CV-4804 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

On August 24, 2020, the Clerk of Court entered a certificate of default against Defendants Clinton Hall Holdings, LLC, Dreamy Burgers and Beer 51, LLC, Great Beer, Food and Games, LLC, Sweet 36 Hospitality, LLC, T.B. Fulton 2, LLC, and Aristotle G. Hatzigeorgiou, and on September 10, 2020, Plaintiff moved for default judgment against Defendants. Dkts. 27, 33. Upon consideration of these documents and the supporting Declarations of Gregory Brown, Dkt. 34, and Kenneth Cospito, Dkt. 35, it is hereby:

ORDERED that Plaintiff shall serve a copy of the motion for default judgment, any supporting papers, and this Order by **October 2, 2020** on Defendants by the methods described in Rule 4 of the Federal Rules of Civil Procedure. Plaintiff shall file proof of service of these documents via ECF.

IT IS FURTHER ORDERED that answering papers, if any, should be served upon Plaintiff by **October 16, 2020**.

In light of the COVID-19 crisis, the Court will not hold a conference and will instead resolve this matter on the papers. If Defendants fail to file and serve answering papers on Plaintiff by October 16, 2020, or fail to request an extension to do so, judgment may be entered for Plaintiff. SO ORDERED.

Dated:    September 14, 2020
            New York, New York

                                              RONNIE ABRAMS
                                              United States District Judge