UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

AGRI EXOTIC TRADING, INC.,

        Plaintiff,

v.

CLINTON HALL HOLDINGS, LLC, et al.,

        Defendants.

No. 20-CV-4804 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

The Court is in receipt of Plaintiff's letter of October 19, 2020. *See* Dkt. 46. Defendants were previously ordered to respond to Plaintiff's motion for default judgment by October 16, 2020. *See* Dkt 38. They have not done so. Counsel for Plaintiff reports that, on October 16, 2020, he received an email from Jimmy Fok, a representative for defendants. In light of this communication, the Court grants Defendants an extension until November 4, 2020 to file and serve answering papers on the Plaintiff, or to request an extension to do so. Defendants are reminded if they fail to do so, judgment may be entered for Plaintiff. No later than October 30, 2020, Plaintiff shall serve a copy of this order on Defendants and file proof of service on the docket.

SO ORDERED.

Dated:    October 28, 2020
             New York, New York

                                                              Ronnie Abrams
                                                              United States District Judge